UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 11-164 (KSH) |
| v. | : | Hon. Michael A. Shipp |
| ANSELMO GENOVESE | : | <u>UNSEALING ORDER</u> |

This matter having come before the Court on the application of the United States of America, Paul J. Fishman, United States Attorney (Leslie Faye Schwartz, Assistant U.S. Attorney, appearing) for an order that the Indictment and related papers in the above-captioned matter be unsealed; and the Indictment and related papers having become unsealed by virtue of the arrests of defendants in a related case; and for good cause shown,

IT IS ON this 22nd day of March, 2011,

ORDERED that the Indictment and related papers filed in the above-captioned matter are unsealed.

_____
HON. MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE