UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**NEWARK**  **DATE: 4/8/11**
**JUDGE:  HAYDEN**
 **CASE:   11-164**

**COURT REPORTER:**   Ralph Florio

**Deputy Clerk:**   RoseMarie Guilloty

**Title of Case:**

U.S.A.   v.   Genoves, et al.

**APPEARANCES:**

Leslie Faye Schwartz, AUSA
Gerald Genovese, Esq for deft Anselmo Genovese

**Nature of proceedings:**    Arraignment

Anselmo Genovese
Plea:   Not Guilty to ct. 1, 2-3, 4 of Indictment.
ORDERED bail continued.

ORDER for Discovery & Inspection filed.
Trial:    5/23/11
Motions: 4/18/11
Opposition: 5/2/11
Argument: 5/16/11

Status conference scheduled for 5/13/11 at 10:30 a.m.
Court ordered that by 4/20 the Government shall turn over all redacted documents to defense counsel.  Government shall immediately turn over all documents that do not require redactions.

Time in court: :15

*RoseMarie Guilloty*
**RoseMarie Guilloty, Deputy Clerk**

cc: chambers