UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| v. | : | Criminal No. 11-164 |
| ANSELMO GENOVESE | : | O R D E R |

This matter having been opened to the Court, at the arraignment in this matter on April 8, 2011, on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Leslie Faye Schwartz, Assistant U.S. Attorney, appearing) and defendant Anselmo Genovese (Gerald L. Shargel, Esq., appearing), and good cause having been shown, the Court makes the following findings:

1. There is substantial discovery that needs to be reviewed by defense counsel, and failure to grant a continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

3. The ends of justice served by a continuance of the trial date in this matter outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this \_18\_ day of April 2011,

ORDERED that:

1. The government and the defendant shall work together to comply with the discovery obligations set forth in

this Court's April 11, 20011 Order for Discovery and Inspection;

2. The government shall provide discovery on a rolling basis to the defendant with the goal that discovery is completed by April 20, 2011;

3. A conference will be held on May 13, 2011 at 10:30 a.m. at which time the Court will set a schedule for further proceedings, including the filing of motions.

4. The period of time from April 8, 2011 through May 12, 2011 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

HON. KATHERINE S. HAYDEN
United States District Judge