# United States District Court
## District of New Jersey

**UNITED STATES OF AMERICA**

v.

Anselmo Genovese

**WARRANT FOR ARREST**

Case Number: 11-CR-164 (KSH)

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Anselmo Genovese**

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

_X_ Indictment __ Information __ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Make Unlawful Labor Payments and Embezzle from Employee Benefit Plans, Unlawful Labor Payments, Embezzlement from Employee Benefit Plans

in violation of Title __18__, United States Code, Section(s) 371, 664, and 29 U.S.C. 186(a)

[Stamp: 2011 MAY 17 PM 1:34 U.S. DISTRICT COURT]

_____
**Name of Issuing Officer**

[Signature]
**Signature of Issuing Officer**

**Patty Shwartz**
**U.S. Magistrate Judge**
**Title of Issuing Officer**

March 18, 2011  Newark NJ
**Date and Location**

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Arrested by FBI |

| Date Received 3/18/11 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 3/24/11 | | |