The United States Attorney's Office

# Eastern District of New York



[Back to Press Releases - Main Page]

United States Attorney's Office
Eastern District of New York

Robert Nardoza
Public Affairs Officer

(718) 254-6323
Robert.Nardoza@usdoj.gov

**FOR IMMEDIATE RELEASE**     February 7, 2008

## PRESS RELEASE

### SIXTY-TWO DEFENDANTS INDICTED, INCLUDING GAMBINO ORGANIZED CRIME FAMILY ACTING BOSS, ACTING UNDERBOSS, CONSIGLIERE, AND MEMBERS AND ASSOCIATES, AS WELL AS CONSTRUCTION INDUSTRY AND UNION OFFICIALS

*Charges Include Racketeering Conspiracy, Extortion, Gambling, and Theft Following Joint Investigation by Federal, State, and Local Law Enforcement*

BROOKLYN, NY – An eighty-count indictment charging sixty-two defendants associated with the Gambino, Genovese, and Bonanno organized crime families of La Cosa Nostra, the construction industry, or its supporting unions – including each member of the Gambino family administration currently at liberty – was unsealed this morning in federal court in Brooklyn. The indictment charges racketeering conspiracy, extortion, theft of union benefits, mail fraud, false statements, loansharking, embezzlement of union funds, money laundering, and illegal gambling. The charged crimes span more than three decades and reflect the Gambino family's corrosive influence on the construction industry in New York City and beyond, and its willingness to resort to violence, even murder, to resolve disputes in dozens of crimes of violence dating from the 1970s to the present, including eight acts of murder, murder conspiracy, and attempted murder. Twenty-five defendants, all members and associates of the Gambino family, are charged with racketeering conspiracy, which includes predicate acts involving murder, attempted murder, murder conspiracy, felony murder, robbery, extortion, conspiracy to distribute cocaine and marijuana, securities fraud, mail fraud, loansharking, theft of union benefits, illegal gambling, and bribery. Notably, the evidence relating to many of the charged crimes consists of hundreds of

hours of recorded conversations secured by a cooperating witness who penetrated the Gambino family over a three-year period.

The defendants arrested in New York today are scheduled to be arraigned this afternoon before United States Magistrate Judge Kiyo A. Matsumoto at the U.S. Courthouse, 271 Cadman Plaza East, Brooklyn, NY. The case has been assigned to United States District Judge Nicholas G. Garaufis.

The charges were announced by Benton J. Campbell, United States Attorney for the Eastern District of New York, Andrew M. Cuomo, New York State Attorney General, Richard A. Brown, Queens County District Attorney, Gordon S. Heddell, Inspector General, U.S. Department of Labor, John S. Pistole, Deputy Director of the Federal Bureau of Investigation, Mark J. Mershon, Assistant Director-in-Charge, Federal Bureau of Investigation, New York, Raymond W. Kelly, Commissioner, New York City Police Department, Rose Gill Hearn, Commissioner, New York City Department of Investigation, Michael Mansfield, Commissioner, New York City Business Integrity Commission, Patricia J. Haynes, Special Agent-in-Charge, Internal Revenue Service, New York Field Office, Daniel M. Donovan, Richmond County District Attorney, and Thomas De Maria, Executive Director, Waterfront Commission of New York Harbor.

As noted, the indictment charges each currently active member of the Gambino family "administration," or executive leadership – acting boss John D'Amico, acting underboss Domenico Cefalu, and consigliere Joseph Corozzo – as well as three Gambino family captains, three acting captains, sixteen soldiers, and numerous associates. Each member of the administration is charged with racketeering conspiracy and multiple crimes of violence, namely extortions and extortion conspiracies relating to the construction industry, which carry sentences of up to twenty years' imprisonment on each count.

According to the indictment and the detention memorandum filed today, the Gambino family profited from extortion related rackets at construction sites in the New York City metropolitan area, including the NASCAR construction site located in Staten Island and the Liberty View Harbor construction site located in Jersey City, among others. The NASCAR extortion involved the construction of a racetrack in Staten Island that required large quantities of dirt fill, thus requiring trucking contracts which were controlled by the Gambino family. These crimes were part of a longstanding effort by the Gambino family to control and coordinate the extortion of dozens of private construction companies. The charged criminal activity resulted not only in the extortion of business owners, but also the theft of union benefits from, among others, Local 282 of the International Brotherhood of Teamsters.

The indictment also documents the Gambino family's routine use of brazen violence. In particular, four members of the Gambino family are charged with eight crimes involving murder, murder conspiracy, and/or attempted murder. Each of these crimes – charged as racketeering

acts – are detailed below:

<u>The Murder of Albert Gelb</u>. Gambino family soldier Charles Carneglia is charged with the 1976 murder of Albert Gelb as a racketeering act. On March 11, 1976, Gelb's body was discovered in the front seat of a car in Queens, New York, with multiple gunshot wounds to his face and body. Gelb was a Brooklyn Criminal Court Officer who, several years earlier, had approached Carneglia in a Queens diner after Gelb determined that Carneglia was carrying a firearm. Carneglia resisted, and after a struggle with Gelb, he was arrested. Gelb was killed on March 11, 1976, four days before he was expected to testify at Carneglia's trial.

<u>The Murder of Michael Cotillo</u>. Carneglia is charged with the murder of Gambino family associate Michael Cotillo as a racketeering act. Cotillo died from a stabbing inflicted by Carneglia on November 6, 1977, in Queens, New York, following a fight between the two men.

<u>The Murder of Salvatore Puma</u>. Carneglia is charged with the murder of Gambino family associate Salvatore Puma as a racketeering act. Puma died as a result of a stabbing allegedly inflicted by Carneglia on July 29, 1983. At the time of the stabbing, the two men were arguing over a money dispute.

<u>The Murder of Louis DiBono</u>. Carneglia is charged with the murder of Gambino family soldier Louis DiBono. Carneglia allegedly shot and killed DiBono on October 4, 1990, in the parking garage of the former World Trade Center in Manhattan, on the orders of then-Gambino family boss John J. Gotti. According to the indictment and the government's detention memorandum, Gotti ordered DiBono's execution because DiBono had repeatedly failed to meet with Gotti.

<u>The Felony Murder of Jose Delgado Rivera</u>. Carneglia is charged with the December 1990 armed robbery and felony murder of Jose Delgado Rivera as a racketeering act. Rivera, an armored truck guard, was shot and killed during a robbery while he and a co-worker were delivering money to the American Airlines building at John F. Kennedy International Airport in Queens, New York.

<u>The Murders of Robert Arena and Thomas Maranga</u>. Gambino family captain Nicholas Corozzo is charged with the January 1996 double murder of Luchese family associate Robert Arena and Arena's friend, Thomas Maranga. Corozzo ordered the murder of Arena in retaliation for Arena's failure to return marijuana he had robbed from a narcotics dealer and for Arena's suspected participation in the murder of a Corozzo crew member. Maranga was not a target of the murder but was killed because he was with Arena at the time of the attack.

<u>Attempted Murder of John Doe</u>. Gambino family soldiers Vincent Gotti, Richard G. Gotti, and Angelo Ruggiero, Jr. are charged with the May 2003 conspiracy to murder, and attempted murder, of John Doe as a racketeering act. John Doe was shot several times as he was leaving for work on May 4, 2003.

These arrests are the latest is a series of prosecutions in this district targeting the highest

echelons of each of the five New York-based families of the LCN.

"The charges announced today are the result of a coordinated law enforcement initiative by federal, state, and local law enforcement officials," stated United States Attorney Campbell. "I want to thank our partners for their extraordinary efforts and commitment to this historic investigation and prosecution. Today, we serve notice that anyone who aspires to a position in organized crime will meet the same fate. We will not rest until we rid our communities and businesses of the scourge of organized crime." Mr. Campbell thanked Michael J. Garcia, United States Attorney for the Southern District of New York, Nassau County District Attorney Kathleen M. Rice, Metropolitan Transportation Authority Inspector General Barry Kluger, Superintendent Samuel J. Plumeri, Jr. of the Port Authority Police Department, and U.S. Department of Transportation, Office of Inspector General, Special Agent-in-Charge Ned Schwartz for their assistance in the case.

"This case is noteworthy not only because of its breadth but also because it includes charges against the entire administration of the Gambino family of La Cosa Nostra," said Attorney General Cuomo. "These charges are the result of the extraordinary work of the law-enforcement agencies that partnered together to take down a legacy of crime and violence that spanned decades."

Queens County District Attorney Brown said, "Today's arrests were the result of a coordinated law enforcement effort involving a multitude of agencies at all levels of government. The cooperative efforts of the agencies represented here today were critical to ensuring the successful outcome of this major takedown of individuals associated with organized crime. I commend all those who participated in this endeavor."

Inspector General Heddell, United States Department of Labor, stated, "Today's RICO indictment represents a significant milestone toward eradicating a far-reaching and insidious conspiracy involving some of the largest construction companies in New York City that are owned, controlled, and/or influenced by the Gambino organized crime family. Many of these construction companies allegedly paid a 'mob tax' in return for 'protection' and permission to operate. Through their alleged control of these companies, the Gambino organized crime family caused the theft of Teamsters union dues, and of health and pension funds, directly impacting the welfare and future of many workers. My office stands firmly committed to working with our law enforcement partners to combat this type of labor racketeering and organized crime."

"Today's arrests will be a major setback for the Gambino crime family, but it is a fallacy to suggest that La Cosa Nostra is no longer a threat to public safety," stated FBI Deputy Director Pistole. "Organized crime in New York is not dead. As a consequence of acts charged in the indictment, however, seven people are dead. It's also a fallacy that mob murder victims are just other mobsters. Three of the murder victims had no affiliation with organized crime," stated FBI Assistant Director-in-Charge Mershon.

"This investigation demonstrates the long-term commitment by NYPD detectives, FBI agents, and prosecutors in making sure the accused are brought to justice. The Gambino

organization spilled a lot of blood in New York, and it is being held accountable – no matter how long it takes," Police Commissioner Kelly said. "This history of violence has been abetted, often unwittingly, by people who see nothing wrong with placing a bet with a mobbed-up bookie," Commissioner Kelly added. "I commend detectives from our Vice Enforcement Division, who in a related case with 26 arrests, today smashed one of the Gambino crime ring's most profitable, illegal enterprises – namely, sports gambling."

DOI Commissioner Hearn said, "DOI will continue to work with its law enforcement partners and focus on this ongoing effort to drive out construction fraud in the City."

New York City Business Integrity Commissioner Mansfield stated, "In addition to this indictment, and as a direct result of this long-term collaboration between the Commission and its law enforcement partners, effective immediately the Commission has terminated the authority of the carting companies controlled by these defendants to operate in New York City. The Commission remains committed to its mission of eliminating the influence of organized crime from the industries it regulates."

Richmond County District Attorney Donovan stated, "This indictment is a prime example of the strong collaborative efforts of law enforcement agencies in this region, today striking a major blow against organized crime in our community."

Waterfront Commission of New York Harbor Executive Director De Maria stated, "For 55 years the Commission has spearheaded and actively participated with various state, federal, and local law enforcement authorities in a multitude of successful investigations which have led to countless criminal prosecutions and administrative action against waterfront- related figures. The Gambino crime family has been a predator of the longshore and construction industries and unions as well as many other industries and their related unions for decades in New York City."

The government's case is being prosecuted by Assistant United States Attorneys Mitra Hormozi, Joey Lipton, Roger Burlingame, Daniel Brownell, Evan Norris, and Kathleen Nandan, and Special Assistant United States Attorneys Doug Leff and Amy Cohn.

**The Defendants:**

JOSEPH AGATE,
Age: 60

VINCENT AMARANTE,
Age: 60

JEROME BRANCATO,
Age: 76

THOMAS CACCIOPOLI,
Age: 58

FRANK CALI,
Age: 42

NICHOLAS CALVO,
Age: 52

CHARLES CARNEGLIA,
Age: 61

JOSEPH CASIERE,
Age: 72

MARIO CASSARINO,
Age: 42

DOMENICO CEFALU,
Age: 61

JOSEPH CHIRICO,
Age: 63

JOSEPH COROZZO,
Age: 66

NICHOLAS COROZZO,
Age: 67

GINO CRACOLICI,
Age: 56

JOHN D'AMICO,
Age: 73

SARAH DAURIA,
Age: 33

VINCENT DECONGILIO,
Age:

ANTHONY DELVESCOVO
Age: 51

LEONARD DIMARIA,
Age: 66

VINCENT DONNIS,
Age: 38

VINCENT DRAGONETTI,
Age: 43

ROBERT EPIFANIA,
Age: 60

CODY FARRELL,
Age: 29

RUSSELL FERRISI,
Age: 41 :

LOUIS FILIPPELLI,
Age: 41

RONALD FLAM,
Age: 35

JOSEPH GAGGI,
Age: 45

ABID GHANI,
Age: 42

ANTHONY GIAMMARINO,
Age: 56

RICHARD G. GOTTI,
Age: 40

VINCENT GOTTI,
Age: 55

ERNEST GRILLO,
Age: 51

CHRISTOPHER HOWARD,
Age:

STEVEN IARIA,
Age: 43

EDDIE JAMES,
Age: 49

JOHN KASGORGIS,
Age:

WILLIAM KILGANNON,
Age: 49

MICHAEL KING,
Age: 41

ANTHONY LICATA,
Age: 39

LOUIS MOSCA,
Age: 62

LANCE MOSKOWITZ,
Age:54

ANTHONY O'DONNELL,
Age: 43

JAMES OUTERIE,
Age: 54

VINCENT PACELLI,
Age: 64

JOHN PISANO,
Age: 49

TODD POLAKOFF,
Age: 30

GUILIO POMPONIO,
Age: 45

RICHARD RANIERI,
Age: 51

JOHN REGIS,
Age: 27

JERRY ROMANO,
Age: 49

ANGELO RUGGIERO, JR.,
Age: 35

STEVEN SABELLA,
Age: 41

ANTHONY SCIBELLI,
Age: 57

AUGUSTUS SCLAFANI,
Age: 67

JOSEPH SCOPO,
Age: 31

WILLIAM SCOTTO,
Age: 40

EDWARD SOBOL,
Age: 41

JOSEPH SPINNATO,
Age: 42

MICHAEL URCIUOLI,

Age: 46

FRANK VASSALLO,
Age: 38

TARA VEGA,
Age: 35

ARTHUR ZAGARI,
Age: 60