UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| v. | : | Criminal No. 011-164 |
| ANSELMO GENOVESE | : | <u>O R D E R</u> |

This matter having been opened to the Court, at oral argument on defendant's pretrial motions in this matter on July 20, 2011, on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Leslie Faye Schwartz, Assistant U.S. Attorney, appearing) and defendant Anselmo Genovese (Gerald L. Shargel, Esq., appearing), and good cause having been shown, the Court makes the following findings:

1. By separate order of this Court, this matter has recently been consolidated with Crim. No. 11-165 for purposes of trial. Crim. No. 11-165 was previously designated a complex case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii). There is substantial discovery that needs to be reviewed by defense counsel, and failure to grant a continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

2. The ends of justice served by a continuance of the trial date in this matter outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___27th___ day of July 2011,

ORDERED that:

    1. A status conference will be held in this matter on August 31, 2011 at 11:30 a.m. at which time a trial date will be scheduled.

    2. The period of time from July 20, 2011 through August 31, 2011 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(ii) and (h)(7)(B)(iv).

/s/ Katherine S. Hayden
HON. KATHERINE S. HAYDEN
United States District Judge