UNITED STATES DISTRICT COURT
                           DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :      Hon. Katherine S. Hayden

            v.                 :      Criminal No. 011-164

ANSELMO GENOVESE               :      O R D E R


   This matter having been opened to the Court, at a status conference on September 7, 2011, on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Leslie Faye Schwartz, Assistant U.S. Attorney, appearing) and defendant Anselmo Genovese (Gerald L. Shargel, Esq., appearing), and good cause having been shown, the Court makes the following findings:

   1.   By separate order of this Court, this matter was recently consolidated with Crim. No. 11-165 for purposes of trial.  Crim. No. 11-165 was previously designated a complex case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).  There is substantial discovery that needs to be reviewed by defense counsel, and failure to grant a continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

   2.   The ends of justice served by a continuance of the trial date in this matter outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 14th day of September 2011,

ORDERED that:

1. A pretrial conference will be held in this matter on December 20, 2011 at 10:00 a.m.

2. The consolidated trial date is set for January 10, 2012.

2. The period of time from September 7, 2011 through January 10, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(ii) and (h)(7)(B)(iv).

_____
HON. KATHERINE S. HAYDEN
United States District Judge