UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| v. | Criminal No. 11-164 (KSH) |
| Anselmo Genovese, | **ORDER** |
| Defendant. | |

Defendant Anselmo Genovese, through his counsel, Gerald L.Shargel, Esq., having applied to the Court for a modification of the terms of his home confinement imposed as a special condition of his eight month probationary term; and the government (Leslie Faye Schwartz, Assistant U.S. Attorney, appearing) having filed opposition; and after considering the papers submitted the Court finding that the proposed modification does not have meaningful support beyond the convenience of the defendant; and good cause thereby appearing,

IT IS on this 27th day of August, 2012,

**ORDERED** that the defendant's application to modify the terms of his home confinement is denied.

        /s/ Katharine S. Hayden
        KATHARINE S. HAYDEN
        United States District Judge