PAUL J. FISHMAN
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street Room 700
Newark, N J 07102
Tel. 973-645-2928
Fax. 973-645-3210

August 17, 2012

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **HON. KATHARINE S. HAYDEN** |
| *PLAINTIFF,* | *CRIMINAL No. 11-164-01* |
| v. | **SATISFACTION OF JUDGMENT** |
| **ANSELMO GENOVESE,** | |
| *DEFENDANT.* | |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Anselmo Genovese.

PAUL J. FISHMAN
UNITED STATES ATTORNEY

s/ JORDAN M. ANGER By:
JORDAN M. ANGER
ASSISTANT U.S. ATTORNEY