

## MEMORANDUM
## TO THE HONRABLE KATHARINE S. HAYDEN
## SENIOR UNITED STATES DISTRICT JUDGE

RE: GENOVESE, Anselmo
DOCKET NO.: 11-CR-164-1
**REQUEST FOR INTERNATIONAL TRAVEL**

Reference is made to the above-named offender who was sentenced by Your Honor on July 11, 2012, to three years probation, a $20,000 fine, and a $200 special assessment fee. As special conditions, Your Honor ordered: 1) New debt restrictions; and 2) eight (8) months home confinement. This sentence followed the offender's guilty plea to two counts of Making Unlawful Labor Payments, in violation of 29 U.S.C. § 186(a)(1) and (d)(2), both Class D Felonies. On July 11, 2012, the offender commenced probation supervision in the Eastern District of New York given his residence in Staten Island, New York.

The purpose of this memorandum is to advise the Court that on July 31, 2013, the offender requested permission to travel to the Cayman Islands, from August 7, 2013 to August 11, 2013, for the purpose of attending a business trip as required by his employer.

According to the United Kingdom consulate, there are currently no restrictions which apply to offenders under supervision traveling to the Cayman Islands. The offender would only need the Court's permission, and a U.S. Passport, which he currently possesses.

ADJUSTMENT UNDER SUPERVISION:

Since commencing probation, the offender has been fully compliant with his conditions. Specifically, he has reported as directed and remained drug and arrest free. The $20,000 fine and $200 special assessment have been paid in full. Additionally, the offender successfully completed the term of home confinement without incident, and fully paid the costs of electronic monitoring. The offender has maintained full-time employment as a project manager for Regal USA Construction in Manhattan, New York. Part of his duties include meeting with clients.

Given the fact the offender has been fully compliant while on supervised release, and has satisfied all special conditions, the Probation Department has no objections to the offender's travel request. A voice-message was left for Assistant U.S. Attorney Leslie Schwartz, inquiring as to her position to this request, and a response is awaited.

Additionally, the offender intends on making a second international request for the purpose of vacationing during his honeymoon in August 2013 (to date, the offender has not submitted the details for the destination for this trip, and will do so accordingly). If the Court is inclined to approve international travel for the offender's business trip to the Cayman Islands, given the offender's compliance with supervision, we respectfully ask for the Court's permission for the Probation Department to grant discretionary international travel for future applications.

In view of the above, it is requested that Your Honor provide us with your decision regarding the proposed travel so that we may advise the offender accordingly. Thank you for your assistance in this matter.

Respectfully submitted,

Eileen Kelly
Chief U.S. Probation Officer

Prepared by: _____
John L. Almanza
U.S. Probation Officer

Approved by: _____
Jill Williams
Supervising U.S. Probation Officer

Date: August 1, 2013

**International Travel Approved:**

_____     8/02/13
Katharine S. Hayden                 Date
Senior United States District Judge

**International Travel Denied:**

_____     _____
Katharine S. Hayden                 Date
Senior United States District Judge